**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-2207**

_____

JAMES ERIC WYNN,

                   Plaintiff - Appellant,

        v.

ANNETTE D. WATKINS HARRIS,

                   Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:24-cv-00366-RCY)

_____

Submitted:  May 15, 2025                    Decided:  May 19, 2025

_____

Before NIEMEYER and HEYTENS, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James Eric Wynn, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Eric Wynn appeals the district court's order dismissing without prejudice under 28 U.S.C. § 1915(e)(2)(B) his amended civil complaint[*] and the court's orders dismissing his Fed. R. Civ. P. 59(e) motions.  On appeal, we confine our review to the issues raised in the informal brief.  *See* 4th Cir. R. 34(b).  Because Wynn's informal brief, as supplemented, does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's orders.  *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief.").  Accordingly, we affirm.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's dismissal order is final and appealable because the court did not grant further leave to amend.  *Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).